UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENRY MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | Case No. CV 14-02411 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the defendant's decision is affirmed.

August 26, 2015

　　　　　　　　　　　　　　　　　ANDREW J. WISTRICH
　　　　　　　　　　　　　　　　　United States Magistrate Judge